**Gary L. MILLER, Plaintiff—Appellant,**

v.

**C. GODWIN, c/o;  Sergeant McKoy; Ms. Washington, Nurse, Defendants—Appellees.**

No. 10–7581.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2011.

Decided: Jan. 28, 2011.

Gary L. Miller, Appellant pro se.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary L. Miller appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to state a claim.  We have reviewed the record and

find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miller v. Godwin,* No. 5:09–ct–03153–FL (E.D.N.C. Oct. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*